# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| JOSHUA BRIAN RANDOLPH, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:17-cv-40 |
| | * | |
| v. | * | |
| | * | |
| WARDEN TOM GRAMIAK; EDWINA JOHNSON; CHAPLAIN FLYNN; and COUNSELOR DAWSON, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's March 9, 2018 Report and Recommendation, dkt. no. 9, to which Plaintiff did not file Objections.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Plaintiff's Complaint **without prejudice**, dkt. no. 1, **DISMISSES as moot** Plaintiff's Motion for Emergency Injunction, dkt. no. 2, and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court

---

[1] Plaintiff has been discharged from Ware State Prison since the filing of his Complaint but has not provided the Court with an updated address. Dkt. No. 10.

to enter the appropriate judgment of dismissal and to **CLOSE** this case.

    **SO ORDERED**, this \_\_\_\_ day of _____, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA